# DAVIS & FERBER, LLP
## Attorneys At Law

Bronx ▫ Islandia ▫ Riverhead

STEVEN B. FERBER
DAVID A. DAVIS*

ALLISON DAVIS-SICA
CHRISTOPHER S. ROTHEMICH

CARY GREENBERG
MELISSA B. PITTELLI
IAN M. SACK
SEAN P. LENIHAN**
JENNIFER HEIN

SCOTT LUTZER
OF COUNSEL

LISA M. FERBER
OFFICE MANAGER

*ADMITTED IN NY & NJ
**ADMITTED IN NY & MA

May 13, 2015

<u>VIA ECF</u>

Honorable Judge Anne Y. Shields
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Plaza, New York   11722

      Re: **Nardiello, et al. v. Maureen's Kitchen, Inc.**
       **14-CV-04070 (JS)(AYS)**

Dear Honorable Judge:

  Please be advised, the prior handling attorney, Jennifer Hein, is no longer to receive ECF notices on this matter as she has left the firm. Kindly remove her from the service list in the above captioned matter as the undersigned has filed the appropriate Notice of Appearance.

  We thank the Court for its courtesies herein.

          Very truly yours,

          **DAVIS & FERBER, LLP**

          /s/
          Ian M. Sack (IS 2717)

cc:  Vesselin Mitev, Esq.– VIA ECF