| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: ANNE Y. SHIELDS<br>            U.S. MAGISTRATE JUDGE | DATE: 6/18/15<br>TIME: 11:00 AM<br>FTR: 11:10-11:18 |

CASE:  **CV 14-4070 (JS) (AYS)** Nardiello v. Maureen's Kitchen

TYPE OF CONFERENCE: STATUS

APPEARANCES:    Plaintiff        <u>Vesselin Mitev</u>

                                Defendant    <u>Hope Gabor</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: This is an FLSA/NYLL case brought by two waitresses formerly employed by Defendant. Defendant was ordered to submit responses to Plaintiffs discovery by July 2, 2015. Defendant shall also produce, within the same time period, all of Plaintiffs' time records for the 6 years preceding the complaint. The parties will begin party depositions by the last week in July 2015 and shall submit a status letter to the court on August 17, 2015. That letter shall identify discovery taken and state whether any additional discovery is necessary for this case to be trial ready. That letter shall also indicate whether the parties wish to schedule a settlement conference.

                                        SO ORDERED

                                         /s/ Anne Y. Shields
                                        ANNE Y. SHIELDS
                                        United States Magistrate Judge