

**RAY, MITEV & ASSOCIATES**
*New York Attorneys*

MANHATTAN
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

*Killer Bees*

SUFFOLK COUNTY
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

August 21, 2015

<u>Via ECF Filing and Regular Mail</u>
Magistrate Judge Anne Shields
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: Nardiello v. Maureen's Kitchen, Inc.
    Case No.: 14-CV-04070(JS)(AKT)

Dear Judge Shields,

  My firm represents Plaintiffs herein. I write to respectfully request permission to file the joint status letter regarding compliance on August 24, 2015. The original submission date for said joint letter was August 17, 2015. The delay on my firm's part is due to my firm's heavy motion calendar, combined with our office having been short-staffed, as we have had a partner out of the country for the last two weeks, and another attorney out of the office sick earlier this week. We do know the reason for opposing counsel's delay.

  In any event, we would join in Mr. Sack's letter of today to the Court, as a joint status letter as required by the Court.

                Very truly yours,

                Ian Moss, Esq.

cc: Ian Sack, Esq.
   JN, JW

1